IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ISAAC LOVELL WOODSON,

    Petitioner,

v.                                         CASE NO. 5:13-cv-115-RS-GRJ

N.C. ENGLISH, WARDEN FCI MARIANNA,

    Respondent.
_____/

## ORDER

Before me is Petitioner's Second Formal Objection to the Order(s) of the Magistrate Judge Gary R. Jones (Doc. 6), which shall be construed as a motion to disqualify Magistrate Judge Jones. As Judge Jones stated in his Order denying Petitioner's first motion for recusal (Doc. 5), participation in earlier judicial proceedings involving Petitioner is not sufficient to require a judge's recusal. *Jaffe v. Grant*, 793 F.2d 1182, 1189 n.4 (11th Cir. 1986). In his motion, Petitioner does not identify any facts that Judge Jones may know that create bias or prejudice against him. *Noel v. United States*, 12 F.Supp.2d 1300, 1306 (M.D. Fla. 1998). "[R]ecusal cannot be based on 'unsupported, irrational or highly tenuous speculation.' " *United States v. Cerceda*, 188 F.3d 1291, 1292 (11th Cir. 1999). Therefore, Petitioner's motion is **DENIED**.

**ORDERED** on May 24, 2013.

                                           **/s/ Richard Smoak**
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**