IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ISAAC LOVELL WOODSON,

    Petitioner,

v.                                         CASE NO. 5:13-cv-115-RS-GRJ

N.C. ENGLISH, WARDEN FCI MARIANNA,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 12) and Petitioner's Objections (Doc. 13). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Second Amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 11) is **DISMISSED**.

3. The certificate of appealability is **DENIED** as Petitioner has not made a substantial showing of the denial of a constitutional right.

3. The clerk is directed to close the file.

**ORDERED** on July 25, 2013.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**